MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney
California State Bar No. 288966
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants City of San Diego and Housing Authority of the City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, HOUSING AUTHORITY OF THE CITY OF SAN DIEGO, and SAN DIEGO HOUSING COMMISSION,<br><br>Defendants. | Case No. 24-cv-00484-MMA-MSB<br><br>**DEFENDANTS CITY OF SAN DIEGO AND HOUSING AUTHORITY OF THE CITY OF SAN DIEGO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: July 29, 2024<br>Time: 2:30 p.m.<br>Judge: Hon. Michael M. Anello<br>Court Room: 3C<br>Trial: Not Set |

## I. JUDICIAL NOTICE OF THE SAN DIEGO MUNICIPAL CODE AND HOUSING AUTHORITY RESOLUTIONS IS PROPER

In deciding the City of San Diego (City) and Housing Authority of the City of San Diego's (Housing Authority) motion for judgment on the pleadings, the City and Housing Authority respectfully request that the Court take judicial notice of the facts established in and by three documents attached to the declaration of Matthew L. Zollman as Exhibits A through C. Exhibit A is a true and correct copy of San Diego Municipal Code section 98.0301. The document is publicly available and

posted online at: https://docs.sandiego.gov/municode/MuniCodeChapter09/Ch09Art08Division03.pdf. Exhibit B is a true and correct copy of Housing Authority of the City of San Diego Resolution Number HA-1314, effective August 8, 2006. Exhibit C is a true and correct copy of San Diego Municipal Code section 22.1801. The document is publicly available and posted online at https://docs.sandiego.gov/municode/MuniCodeChapter02/Ch02Art02Division18.pdf.

Under Federal Rule of Evidence 201, a Court may take judicial notice of a fact that is not subject to reasonable dispute because it is generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. Municipal codes and ordinances are proper subjects for judicial notice. See *Long Beach Area Peace Network v. City of Long Beach*, 574 F. 3d 1011, 1026 (9th Cir. 2009) (taking judicial notice of a local ordinance, a local regulation, and a local municipal code); *Tollis, Inc. v. Cty. of San Diego*, 505 F. 3d 935, 938 n.1 (9th Cir. 2007). *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F. 3d 1022, 1025 n.2 (9th Cir. 2006).

The documents are relevant to the City and Housing Authority's motion for judgment on the pleadings because they explain the relationship between defendants City, Housing Authority, the San Diego Housing Commission and clarify that these are separate entities with well-delineated roles and responsibilities.

**II. CONCLUSION**

Because the documents are properly suited for judicial notice under Federal Rule of Evidence 201, the City and Housing Authority respectfully ask the Court to

/ / / / /

/ / / / /

/ / / / /

take judicial notice and Exhibits A through C to the Declaration of Matthew L. Zollman.

Dated: June 18, 2024

MARA W. ELLIOTT, City Attorney

By /s/ Matt Zollman
Matthew L. Zollman
Deputy City Attorney

Attorneys for Defendants City of San Diego and Housing Authority of the City of San Diego

3

24-cv-00484-MMA-MSB

DEFENDANTS CITY OF SAN DIEGO AND HOUSING AUTHORITY OF THE CITY OF SAN DIEGO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS