JOSHUA P. THOMPSON, Cal. Bar No. 250955
Email: jthompson@pacificlegal.org
ANDREW R. QUINIO, Cal. Bar No. 288101
Email: aquinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JACK E. BROWN, Va. Bar No. 94680*
Email: jbrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*

*pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, HOUSING AUTHORITY OF THE CITY OF SAN DIEGO, and SAN DIEGO HOUSING COMMISSION,<br><br>Defendants. | No. 3:24-cv-484-MMA-MSB<br><br>**JOINT MOTION AND STIPULATION TO DISMISS THE CITY OF SAN DIEGO AND THE HOUSING AUTHORITY OF THE CITY OF SAN DIEGO AS DEFENDANTS IN THIS CASE AND DENY THE CITY AND HOUSING AUTHORITY'S PENDING MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT**<br><br>Judge: Michael M. Anello<br>Court Room: 3C |

Pursuant to Local Civil Rule 7.2 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties submit this Joint Motion and Stipulation requesting that the Court dismiss the City of San Diego and the Housing Authority of the City of San Diego as Defendants in this case and deny the City and Housing Authority's pending Motion for Judgment on the Pleadings as moot. A proposed order is also emailed to chambers.

Good cause exists to grant this joint motion and stipulation for the following reasons:

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss all claims against an individual defendant without a court order by filing a stipulation signed by all parties who have appeared. *See, e.g.*, *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice.").

All parties consent to the dismissal of the City and Housing Authority from this case.

Accordingly, there is cause to grant this motion.

DATED this 8th day of July 2024.

Respectfully submitted,

JOSHUA P. THOMPSON
ANDREW R. QUINIO
JACK E. BROWN*
PACIFIC LEGAL FOUNDATION

By   /s Jack E. Brown
    JACK E. BROWN*
*Attorney for Plaintiff*

*pro hac vice

Jt. Mot. & Stip. to Dismiss City of San Diego & Housing Authority of San Diego
No. 3:24-cv-484-MMA-MSB
1

MARA W. ELLIOTT, City Attorney

By  /s Matthew L. Zollman
Matthew L. Zollman
Deputy City Attorney
*Attorney for Defendants City of San Diego and Housing Authority of the City of San Diego*

BRANCART & BRANCART

By   /s Christopher Brancart
Christopher Brancart
*Attorney for Defendant San Diego Housing Commission*

---

Jt. Mot. & Stip. to Dismiss City of San Diego & Housing Authority of San Diego
No. 3:24-cv-484-MMA-MSB

2

# Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served the **JOINT MOTION AND STIPULATION TO DISMISS THE CITY OF SAN DIEGO AND THE HOUSING AUTHORITY OF THE CITY OF SAN DIEGO AS DEFENDANTS IN THIS CASE AND DENY THE CITY AND HOUSING AUTHORITY'S PENDING MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT** to attorneys registered via CM/ECF.

Charles Christensen
Mark Mercer
Joel Mason (SBN 207708)
401 West "A" Street, Suite 2250
San Diego, CA 92101
cbc@candslaw.net
mm@candslaw.net
jbm@candslaw.net

*Attorneys for Defendant San Diego Housing Commission*

Matthew Zollman
Office of the San Diego City Attorney,
1200 3rd Ave, Ste 1100
San Diego, CA 92101-4100
mzollman@sandiego.gov

*Attorney for Defendants City of San Diego and Housing Authority of the City of San Diego*