1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## SOUTHERN DISTRICT OF CALIFORNIA

11

12 | CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,

13

Case No. 24-cv-484-MMA-MSB

Plaintiff,

14

**ORDER GRANTING JOINT MOTION TO DISMISS; AND**

15 | v.

16 | CITY OF SAN DIEGO, et al.,

[Doc. No. 27]

17

Defendants.

18

**DENYING MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT**

19

[Doc. No. 25]

20
21

22    On March 12, 2024, Plaintiff Californians for Equal Rights Foundation filed a

23 complaint against Defendants City of San Diego (the "City"), Housing Authority of the

24 City of San Diego ("Housing Authority"), and San Diego Housing Commission

25 ("Housing Commission" and collective with the City and Housing Commission,

26 "Defendants"), alleging one claim for violation of the Equal Protection Clause of the

27 Fourteenth Amendment.  Doc. No. 1.  On May 1, 2024, Defendants filed answers.  Doc.

28 Nos. 11, 12.

1    On June 18, 2024, the City and Housing Authority filed a motion for judgment on
2  the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Doc. No. 25.
3  According to the City and Housing Authority, they were erroneously named as
4  defendants, as they did not create the First-Time Homebuyer Program and do not have a
5  relationship with the Housing Commission sufficient to provide a basis for liability
6  against them.  *See* Doc. No. 25-1.  On June 28, 2024, the Housing Commission filed a
7  notice of joinder in support of the motion.  Doc. No. 26.

8    The parties have since filed a stipulation and joint motion to dismiss.  Doc. No. 27.
9  According to the filing, the parties have agreed to dismiss the City and Housing
10  Authority.  *Id.* at 2.  They also agree that in light of the stipulation for dismissal, the City
11  and Housing Authority's motion for judgment on the pleadings should be denied as moot.
12  *Id.*

13    Therefore, upon due consideration, good cause appearing, the Court **GRANTS** the
14  joint motion and **DIMISSES** Plaintiff's claim against the City and Housing Authority.
15  The Court further **DENIES** their motion for judgment on the pleadings **as moot**.

16    **IT IS SO ORDERED**.

17  Dated:  July 9, 2024

18

19    HON. MICHAEL M. ANELLO
20    United States District Judge

21

22

23

24

25

26

27

28